# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THAN ZAW, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>vs.<br><br>**NELNET BUSINESS SOLUTIONS, INC.; NELNET, INC.; AND NELNET SERVICING, LLC; AND DOES, 1-100,**<br><br>Defendants. | Case No. 3:13-cv-05788-RS<br><br>**ORDER DISMISSING PLAINTIFF'S THIRD CLAIM FOR RELIEF, WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties. Plaintiff's Individual claim for relief alleging Violations of the Rosenthal Fair Debt Collection Practices Act (Count Three of Plaintiff's Fourth Amended Complaint (Dkt. # 1, Ex. B)) is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses.

Dated this __29th__ day of January, 2014.

_____
The Honorable Richard Seeborg