**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Than Zaw

**REED SMITH LLP**
Marc Lackner, Esq. (SBN: 111753)
mlackner@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Attorneys for Defendant,*
*Nelnet Servicing, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAN ZAW, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NELNET BUSINESS SOLUTIONS INC.; NELNET, INC.; and NELNET SERVICING, LLC; and DOES 1-100,<br><br>Defendant. | Case No.: C 13-05788 RS<br><br>**CLASS ACTION**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE: July 31, 2014<br>TIME: 1:30 p.m.<br>COURTROOM: 3<br><br>**HON. RICHARD SEEBORG** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **July 31, 2014** at **1:30 p.m.** or as soon thereafter as the matter may be heard in **Courtroom 3** of the above captioned Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff THAN ZAW ("Zaw") and Defendant NELNET SERVICING, LLC ("Nelnet") hereby jointly move the Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the Parties' Class Action Settlement. Specifically, through this Motion, the Parties move jointly for certification of a settlement class; appointment of class counsel and class representatives; preliminary approval of the Parties' proposed settlement; and, approval of the Parties' proposed plan to provide notice to the class. This Motion is made on the following grounds:

1. The proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only;
2. The proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate; and hence, warrants preliminary approval.

This Motion is based on the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: June 10, 2014                                         Respectfully submitted,

                                                             **KAZEROUNI LAW GROUP, APC**

                                                             By:  /s/ Abbas Kazerounian
                                                                  ABBAS KAZEROUNIAN, ESQ.
                                                             ATTORNEY FOR PLAINTIFF, THAN ZAW

///

**KAZEROUNI LAW GROUP, APC**
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**[ADDITIONAL PLAINTIFF'S COUNSEL]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd Michael Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Drive, Suite 415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**REED SMITH LLP**

By: ___/s/ Marc Lackner___
MARC LACKNER, ESQ.
ATTORNEY FOR DEFENDANT, NELNET SERVICING, LLC

**[ADDITIONAL DEFENSE COUNSEL]**

**REED SMITH LLP**
David S. Reidy, Esq. (SBN: 225904)
dreidy@reedsmith.com
Ashley Shively, Esq. (SBN: 264912)
ashively@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Marc Lackner, Esq., counsel for Defendants, and that I have obtained Mr. Lackner's authorization to affix his electronic signature to this document.

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF, THAN ZAW