IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THAN ZAW, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>NELNET BUSINESS SOLUTIONS INC.; NELNET, INC.; and NELNET SERVICING, LLC; and DOES 1–100,<br><br>Defendants. | No. C 13-05788 RS<br><br>**ORDER** |

The parties have moved for preliminary approval of a proposed settlement in this putative class action. That motion is set for hearing on July 31, 2014 at 1:30 p.m. The parties are hereby directed to the Procedural Guidance for Class Action Settlements available on the Court's website at http://www.cand.uscourts.gov/ClassActionSettlementGuidance. Counsel should be prepared to address the applicable points of that guidance as it relates to the proposed settlement in this matter at the preliminary approval hearing.

IT IS SO ORDERED.

DATED: June 16, 2014

RICHARD SEEBORG
United States District Judge

No. C 13-05788 RS
ORDER

1