**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

*Attorneys for Plaintiff,*
Than Zaw

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAN ZAW, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NELNET BUSINESS SOLUTIONS INC.; NELNET, INC.; and NELNET SERVICING, LLC; and DOES 1-100,<br><br>Defendant. | **Case No.:** C 13-05788 RS<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT**<br><br>**DATE:** November 13, 2014<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 3<br><br>**HON. RICHARD SEEBORG** |

///
///

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 13, 2014**, at **1:30 p.m.**, before the United States District Court, Southern District of California, Courtroom **3**, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff THAN ZAW ("Plaintiff") will move this Court for an Order Granting Approval of Plaintiff's Attorneys' Fees, Costs Request, and Incentive Award.

This <u>unopposed</u> Motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the Declaration of Plaintiff's counsel and Plaintiff Hoffman, and on such other evidence as may be presented at the hearing of this Motion.

Date: October 14, 2014                            Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF

---

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT**                                                                                           PAGE 1 OF 1