# EXHIBIT 1

GCG's Invoice through September 30, 2014

_____

*In The Case Of*

**Than Zaw, Individually and on Behalf of All Others Similarly Situated,**

*v.*

**Nelnet Business Solutions Inc.; Nelnet, Inc.; and Nelnet Servicing, LLC; and DOES 1-100,**

*C 13-05788 RS*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1, COSTA MESA, CA 92626
(800) 400−6808



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/13/2014 | |
| **PERIOD START** | **THROUGH DATE** |
| Project Inception | 9/30/2014 |

The Garden City Group, Inc.®

Mathew M. Loker, Esq.
Kazerounian Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626

| Project Name: | Zaw v. Nelnet Business Solutions | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Notice Dissemination** | | | | |
| E-mail Setup Fee Printing | | | | $2,500.00 |
| of 2 pg. Notice Advanced | | | | $5,580.00 |
| address searches | | | | $753.35 |
| Enter name and address records into database (hard copy) | | | | $53.10 |
| Remails | | | | $303.50 |
| **Imaging, Document Management & Storage** | | | | |
| Sort and Prep Mail | | | | $279.00 |
| Scan Mail (per img.) | | | | $145.20 |
| Process undeliverables | | | | $611.25 |
| Document Storage - Paper (per box/per month) | | | | $4.50 |
| Document Storage - Electronic (per img./record per month) | | | | $9.68 |
| **Claim Validation** | | | | |
| Process Claims/deficiency responses (web-filed) | | | | $355.60 |
| **Contact Services** | | | | |
| Standard set-up and design | | | | $2,500.00 |
| IVR (per minute) | | | | $1,262.08 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | | | | $2,582.10 |
| Monthly maintenance charge | | | | $100.00 |
| Management of call center | | | | $519.50 |
| Handling of class member communications | | | | $1,195.00 |
| **Website Services** | | | | |
| Standard set-up and design | | | | $3,500.00 |
| Develop and Deploy On-line Claim Filing | | | | $4,165.50 |
| Monthly maintenance charge | | | | $200.00 |
| Website updates | | | | $562.50 |
| **Project Management** | | | | $6,468.50 |
| **Systems Support** | | | | $3,603.00 |
| **Quality Assurance** | | | | $3,958.00 |



**INVOICE**

The Garden City Group, Inc.®

| Project Name: | Zaw v. Nelnet Business Solutions | | | |
|---|---|---|---|---|
| Description | | Quantity | Rate | Amount |
| **Fees** | | | | |
| Total Fees | | | | $41,211.36 |
| Total Project Expenses (See Exhibit A) | | | | $12,547.37 |
| Grand Total | | | | $53,758.73 |



**EXHIBIT A**

The Garden City Group, Inc.

| Project Name: | Zaw v. Nelnet Business Solutions | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| *For the period: Project Inception through Sep 30, 2014* | | |
| NCOA Address Search | | $67.59 |
| Postage | | $10,187.04 |
| Stationery & Supplies | | $313.86 |
| PACER Charges | | $6.60 |
| P. O. Box Rental/Renewal | | $1,496.00 |
| Copy Charges | | $72.40 |
| Translation | | $403.88 |
| **Total** | | **$12,547.37** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A /C # - 1501168781