UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAN ZAW,<br><br>           Plaintiff,<br><br>     v.<br><br>NELNET BUSINESS SOLUTIONS INC, et al.,<br><br>           Defendants. | Case No. 13-cv-05788-RS<br><br>**ORDER DENYING REQUEST TO CONTINUE FINAL APPROVAL HEARING** |

On November 3, 2014, Noel Lawrence, a purported class member, filed an objection to the proposed settlement agreement in this action and requested a ninety day continuance of the final approval hearing.  Lawrence's request for a continuance is denied.  The hearing will be held, as currently noticed, on November 13, 2014 at 1:30 p.m.  Lawrence may appear at the hearing and will be given an opportunity to be heard.

**IT IS SO ORDERED**.

Dated: November 12, 2014

_____
RICHARD SEEBORG
United States District Judge