UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAN ZAW, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NELNET BUSINESS SOLUTIONS INC.; NELNET, INC.; and NELNET SERVICING, LLC; and DOES 1-100,<br><br>Defendant. | Case No.: C 13-05788 RS<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD FOR PLAINTIFF |

Presently before the Court is Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Incentive Award for Plaintiff. Following review of this unopposed Motion, and for good cause, this Court hereby GRANTS Plaintiff's Motion as follows:

1. Pursuant to the terms of the Settlement Agreement, Plaintiff THAN ZAW ("Plaintiff") shall receive an incentive fee in the amount of $1,500.00.

2. The Court awards $15,000.00 for litigation costs to Class Counsel, including Abbas Kazerounian, Joshua B. Swigart, and Todd M. Friedman. The Court finds that the award of litigation costs is both fair and reasonable.

///

3. The Court awards attorneys' fees to Class Counsel in the amount of $297,027.00. Pursuant to the Settlement Agreement and Release, this amount shall be paid from the Settlement Fund. The Court finds that the requested amount of fees and hourly rates awarded are fair and reasonable under both a percentage basis analysis and the lodestar/multiplier approach.

Dated: 11/14/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE